MATTEO VISCOVICH, Appellant, v. UNITED STATES LINES OPERATIONS, INC., Respondent.— Order reversed, with twenty dollars costs and disbursements, and the motion granted on condition that the plaintiff serve an amended bill of particulars within five days from entry of order, and submit to a physical examination by defendant within ten days thereafter. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWIN R. LAVIN, Respondent, v. SURPRENANT & COMPANY, INCORPORATED, and ALBERT U. SURPRENANT, Appellant.— Order modified by dispensing with the bond and by requiring that the judgment and proceedings already had thereunder stand as security, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SOPHIE SHLUGER, as Administratrix, etc., of LOUIS SHLUGER, Deceased, Respondent, v. 127 MERCER STREET CORPORATION and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARRIS ROSENSTEIN, Plaintiff, v. ISIDORE FRIEDMAN, Respondent. IDA ROSENSTEIN, as Administratrix, etc., of HARRIS ROSENSTEIN, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Third Intermediate Judicial Settlement of the Account of Proceedings of GEORGE MERZBACH and GUSTAV NEUMOND, as Surviving Administrators, etc., of KARL NEUMOND, Deceased, Respondents. ARTHUR BERENSON, Claimant, Appellant.— Order affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MAX ROSENBLATT, as Stockholder in 122 EAST 44TH STREET, INC., Respondent, against HERMAN BITTERMAN and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of EDWARD F. HALLY and Another, Appellants, against JOHN H. DELANEY and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MAX PARKIN, Respondent. CONCORD CASUALTY AND SURETY COMPANY, Surety, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MAX PARKIN, Respondent, and CONCORD CASUALTY AND SURETY COMPANY, Surety, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MARCEL POFFE, Alias PUFFO, Respondent. CONCORD CASUALTY AND SURETY COMPANY, Surety, Respondent.*— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.